689 A.2d 142

LAMBERT DEVRIES AND ALICE S. DEVRIES, PLAINTIFFS–RE-SPONDENTS, v. PATERSON HABITAT FOR HUMANITY, DE-FENDANT–APPELLANT, AND RUTHERFORD CONGREGA-TIONAL CHURCH, DEFENDANT.

Argued February 4, 1997—Decided March 11, 1997.

*John F. Gaffney* argued the cause for appellant (*Smetana & Mahoney*, attorneys).

*Paul Z. Lewis* argued the cause for respondent (*Lewis & McKenna*, attorneys; *Mr. Lewis* and *Mariangela Chiaravalloti*, on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons ex-pressed in Judge King's opinion of the Appellate Division, report-ed at 290 *N.J.Super.* 479, 676 *A.*2d 152 (1996).

PORITZ, C.J., and HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN, JJ., join in this opinion.